UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------X
ERIC S. SLEEZER,

                                Plaintiff,

                  -against-

GLOVERSVILLE POLICE DEPARTMENT,

                             Defendant.
--------------------------------------------------------------X

**TRANSFER ORDER**
26-CV-2822 (LDH) (JRC)

JAMES R. CHO, United States Magistrate Judge:

On May 12, 2026, *pro se* Plaintiff Eric Sleezer, currently incarcerated at Marcy Correctional Facility in Marcy, New York, filed this civil rights action pursuant to 42 U.S.C. § 1983 against the Gloversville Police Department ("Defendant"). The Complaint seeks injunctive relief as well as compensatory damages concerning Defendant's alleged "chronic failure to protect [Plaintiff's son and] to commit [him] for a mental health evaluation" following multiple incidents, the latest occurring on April 29, 2026, in Gloversville, New York. (ECF No. 1 at 4-5.) Plaintiff also filed a motion to proceed *in forma pauperis*. (ECF No. 3.) For the reasons discussed below, the Court transfers this action to the United States District Court for the Northern District of New York.

A civil action must be filed in the judicial district in which any defendant resides or where a substantial part of the events or omissions giving rise to the claim occurred or where a substantial part of property that is the subject of the action is situated. *See* 28 U.S.C. § 1391(b). To the extent that Plaintiff asserts that Defendant "fail[ed] to protect [his son]" after being called to 17 Mill Street in Gloversville, New York, this claim must be brought in the district where the injuries occurred. Since Plaintiff alleges that these incidents occurred in Gloversville, New York,

which is in Fulton County, these claims are transferred to the United States District Court for the Northern District of New York. *See* 28 U.S.C. § 1406(a) (district court may transfer case filed in the wrong district to any district in which it could have been brought); 28 U.S.C. § 112(b) (Fulton County is part of the Northern District.)

Decision on Plaintiff's application to proceed *in forma pauperis* is reserved for the transferee court. This Court offers no opinion on the merits of the claim. That provision of Rule 83.1 of the Local Rules of the Eastern District of New York which requires a seven-day delay is waived. No summons shall issue from this Court.

The Clerk of Court is requested to mail a copy of this Order to Plaintiff and note the mailing on the docket.

SO ORDERED.

s/ James R. Cho

Dated: Brooklyn, New York
      May 19, 2026

James R. Cho
United States Magistrate Judge

2